WESLEY T. GREEN, CA BAR #201107
Attorney at Law
9500 S. DeWolf
Selma, CA 93662
Telephone: (559) 834-6677
Facsimile: (559) 834-4848

In-house Corporate Counsel for Plaintiff, LION RAISINS, INC.

Steven H. Weinstein (086724)
Spencer Y. Kook (205304)
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Defendant,
CONNECTICUT INDEMNITY COMPANY

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**AT FRESNO**

| | |
|---|---|
| LION RAISINS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE CONNECTICUT INDEMNITY COMPANY, a subsidiary of ROYAL & SUN ALLIANCE AND DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CIV-F-03-6744 OWW DLB<br><br>**STIPULATION AND ORDER TO CONTINUE DATES SET BY STIPULATION FILED 5/17/05 CONTINUING DATES SET BY SCHEDULING CONFERENCE ORDER**<br><br>NOTE TO COUNSEL: CHANGE MADE TO TRIAL DATE<br>**Complaint Filed: 10/27/03**<br>**Amended Complaint Filed: 2/26/04** |

**STIPULATION**

WHEREAS, the Court set various dates and deadlines, including the trial of this action, in its September 8, 2004 Scheduling Conference Order.

WHEREAS, the Parties entered into a Stipulation to Continue Dates set by Scheduling Conference Order filed March 9, 2005 which essentially continued all dates for an approximate three month period of time.

1

STIPULATION AND ORDER TO CONTINUE DATES SET BY
STIPULATION FILED 5/17/05 CONTINUING DATES SET BY
SCHEDULING CONFERENCE ORDER

1  WHEREAS, the parties entered into an additional Stipulation to Continue Dates set by Scheduling Conference Order filed May 17, 2005 which essentially continued all dates for an approximate three month period of time.

4  WHEREAS, the undersigned (Plaintiff's in-house legal counsel) is authorized to enter into this stipulation on behalf of Plaintiff who is seeking substitute counsel for former counsel of record, Mr. Brian C. Leighton;

7  WHEREAS, the parties have diligently moved forward in the litigation of this action and toward developing discovery;

9  WHEREAS, the production of documents and other discovery responses by Plaintiff have been delayed due its loss of litigation counsel and due to the loss of knowledgeable personnel;

11  WHEREAS, additional time is needed for Plaintiff to substitute litigation counsel and by both parties to complete discovery in this action;

13  WHEREAS, in this action the expert disclosure deadline is August 26, 2005, the settlement conference before the Honorable Migistrate Dennis L. Beck is October 6, 2005, and the discovery cut off date is October 7, 2005;

16  WHEREAS, the extension of deadlines in the Stipulation filed May 17, 2005 will provide the parties sufficient time to complete discovery and increase the likelihood that the parties will be adequately prepared to participate in the Court's settlement conference and, therefore increase the likelihood of coming to an informal resolution of this action;

20  THE PARTIES HEREBY STIPULATE, through their counsel of record, to continue those dates in the Stipulation filed May 17, 2005, by a period of three months, as follows:

|  | Old | New |
|---|---|---|
| Expert disclosure: | **August 26, 2005** | **November 24, 2005** |
| Supplemental Expert Disclosure: | **September 21, 2005** | **December 20, 2005** |
| Settlement Conference: | **October 6, 2005** | **January 4, 2006** |
| Discovery Cut-Off: | **October 7, 2005** | **January 5, 2006** |
| Filing of Non-Dispositive Pre-Trial Motions: | **October 21, 2005** | **January 19, 2006** |

**STIPULATION AND ORDER TO CONTINUE DATES SET BY STIPULATION FILED 5/17/05 CONTINUING DATES SET BY SCHEDULING CONFERENCE ORDER**

| | | |
|---|---|---|
| 1 Filing of Dispositive Pre-Trial Motions: | **November 15, 2005** | **February 13, 2006** |
| 2 Hearing of Non-Dispositive Pre-Trial Motions: | **December 2, 2005** | **March 2, 2006** |
| 3 Hearing of Dispositive Pre-Trial Motions: | **December 20, 2005** | **March 20, 2006** |
| 4 Pre-Trial Conference Date: | **January 30, 2006** | **May 1, 2006** |
| 5 Trial Date: | **March 2, 2006** | **May 31, 2006** |

　　This Stipulation may be signed in counterparts.  A facsimile copy or photocopy of the signature of the authorized representative of a party joining in this Stipulation shall have the same force and effect as an original signature.

　　IN WITNESS THEREOF, the Parties have executed this Stipulation on the dates opposite their respective signatures.

Dated: July 26, 2005	Respectfully submitted,
　　　　　　　　　　　　　　　　　/S/ Spencer Y. Kook

By:
　STEVEN H. WEINSTEIN
　SPENCER Y. KOOK
　Attorneys for Defendant
　Connecticut Indemnity Company

Dated: July 26, 2005	Respectfully submitted,
　　　　　　　　　　　　　　　　　/S/ Wesley T. Green

By:
　WESLEY T. GREEN
　Attorney for Plaintiff
　Lion Raisins, Inc.

### ORDER

　　Finding good cause for the requests made in the Parties' Stipulation, IT IS HEREBY ORDERED that the dates set in the Stipulation filed March 9, 2005, be continued three months as follows:

　　1.　Expert Disclosure: **November 24, 2005**

　　2..　Supplemental Expert Disclosure: **December  20, 2005**

**STIPULATION AND ORDER TO CONTINUE DATES SET BY**
**STIPULATION FILED 5/17/05 CONTINUING DATES SET BY**
**SCHEDULING CONFERENCE ORDER**

1      3.     Settlement Conference: **January 4, 2006**

2      4.     Discovery Cut-Off: **January 5, 2006**

3      5.     Filing of Non-Dispositive Pre-Trial Motions: **January 19, 2006**

4      6.     Filing of Dispositive Pre-Trial Motions: **February 13, 2006**

5      7.     Hearing of Non-Dispositive Pre-Trial Motions: **March 2, 2006**

6      8.     Hearing of Dispositive Pre-Trial Motions: **March 20, 2006**

7      9.     Pre-Trial Conference Date: **May 1, 2006** at 11:00 a.m.

8      10.     Trial Date: **<u>June 13</u>, 2006** at 9:00 a.m.

    /s/ OLIVER W. WANGER

DATED: _August 2,_____, 2005

Honorable Oliver W. Wanger, U.S. District Court Judge

**STIPULATION AND ORDER TO CONTINUE DATES SET BY STIPULATION FILED 5/17/05 CONTINUING DATES SET BY SCHEDULING CONFERENCE ORDER**