Brian C. Leighton, CA BAR 090907
LAW OFFICES OF BRIAN C. LEIGHTON
701 Pollasky Avenue
Clovis, CA 93612
(559) 297-6190

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LION RAISINS, INC.<br><br>　　　　　Plaintiff(s)<br>　v.<br>CONNECTICUT INDEMNITY COMPANY<br><br>　　　　　Defendant(s) | CASE NUMBER: CIV-F-03-6744 OWW DLB<br>_____<br><br>**SUBSTITUTION OF ATTORNEY** |

_____Lion Raisins, Inc._____ [✓] Plaintiff   [ ] Defendant   [ ] Other _____

hereby substitutes _____James H. Wilkins / Wilkins, Drolshagen & Czeshinski LLP_____ who is

[✓] Retained Counsel   [ ] Court Appointed Counsel   [ ] Pro Per   _7050 N. Fresno Street, Suite 204_

_Fresno, California 93720_   Telephone: (559) 438-2390   Facsimile: (559) 438-2393   SBN #116364

as attorney of record in place and stead of _____Brian C. Leighton_____

Dated: Aug. 23, 2005

*Present Attorney* [signature]

*Signature of Party*
Bruce Lion, Vice President

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

*[signature]*

Dated: July 7, 2005

                                        Brian C. Leighton

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: Aug. 23, 2005

                                        James H. Wilkins

Substitution of Attorney is hereby [X   ] Approved   [  ] Denied.

Dated:__August 24, 2005_               ___/s/ OLIVER W. WANGER_____
                                                    United States District Judge

NOTICE TO COUNSEL:   *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number of e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address.  This form, as well as information about the Optical Scanning Program are available on the Court's website at www.caed.uscourts.gov.*

SUBSTITUTION OF ATTORNEY