James H. Wilkins, #116364                                    (SPACE BELOW FOR FILING STAMP ONLY)
Alyson A. Berg, #184795
WILKINS, DROLSHAGEN & CZESHINSKI LLP
7050 N. Fresno Street, Suite 204
Fresno, CA 93720
Telephone: (559) 438-2390
Facsimile: (559) 438-2393


Attorneys for Plaintiff LION RAISINS, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LION RAISINS, INC.<br><br>        Plaintiff(s),<br><br>v.<br><br>CONNECTICUT INDEMNITY COMPANY,<br><br>        Defendant(s). | CASE NO.   CIV-F-03-6744 OWW DLB<br><br>**STIPULATION AND ORDER TO AMEND SCHEDULING CONFERENCE ORDER** |

Whereas the parties have been diligently pursuing discovery, but LION RAISINS has recently substituted counsel into this action on August 26, 2005; and whereas the parties have been unable to complete discovery, it is hereby agreed by the parties and the Court that good cause is established to extend the following deadlines as set forth below.

The following dates are hereby amended from the prior Order of the Court as follows:

Expert Disclosure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . January 13, 2006

Supplemental Expert Disclosure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . February 3, 2006

Filing of Non-Dispositive Pre-Trial Motions . . . . . . . . . . . . . . . . . . . . January 30, 2006

Hearing of Non-Dispositive Pre-Trial Motions . . . . . . . . . . . . . . . . . . . . March 6, 2006

Filing of Motions Regarding Experts . . . . . . . . . . . . . . . . . . . . . . . . . . . February 27, 2006

Filing of Dispositive Pre-Trial Motions . . . . . . . . . . . . . . . . . . . . . . . . . February 27, 2006

WILKINS,
DROLSHAGEN &
CZESHINSKI LLP
7050 N. Fresno Street,
Suite 204
Fresno, CA 93720

Stipulation and Order to Amend Scheduling Conference Order

Hearing of Dispositive Pre-Trial Motions . . . . . . . . . . . . . . . . . . . . . . . . . . . . April 3, 2006

All other dates remain as previously ordered.

Dated: November 9, 2005.                     WILKINS, DROLSHAGEN & CZESHINSKI LLP


By:__s/ Alyson A. Berg_____
    Alyson A. Berg
    Attorneys for Plaintiff, LION RAISINS, INC.

Dated: November 8, 2005.                     BARGER & WOLEN, LLP


By:__s/ Spencer Y. Kook_____
    Spencer Y. Kook
    Attorneys for Defendant CONNECTICUT
    INDEMNITY COMPANY

**ORDER**

GOOD CAUSE APPEARING THEREFOR, IT IS SO ORDERED:


Dated:__November 10, 2005          _____/s/ OLIVER W. WANGER_____
                                   Honorable Oliver W. Wanger
                                   Judge of the United States District Court

G:\docs\GLucas\Orders To Be Signed\03cv6744.wpd

WILKINS,
DROLSHAGEN &
CZESHINSKI LLP
7050 N. Fresno Street,
Suite 204
Fresno, CA 93720

Stipulation and Order to Amend Scheduling Conference Order  - 2 -