James H. Wilkins, #116364  (SPACE BELOW FOR FILING STAMP ONLY)
Alyson A. Berg, #184795
WILKINS, DROLSHAGEN & CZESHINSKI LLP
7050 N. Fresno Street, Suite 204
Fresno, CA 93720
Telephone: (559) 438-2390
Facsimile: (559) 438-2393

Attorneys for Plaintiff LION RAISINS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LION RAISINS, INC.<br><br>Plaintiff(s),<br><br>v.<br><br>CONNECTICUT INDEMNITY COMPANY,<br><br>Defendant(s). | CASE NO.   1: 03 CV 6744 OWW DLB<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON MOTION TO COMPEL DOCUMENTS RESPONSIVE TO REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE AND WITHHELD ON PRIVILEGE LOG** |

Plaintiff LION RAISINS, INC. ("LION RAISINS") and Defendant CONNECTICUT INDEMNITY COMPANY ("CONNECTICUT INDEMNITY") through their respective counsel of record herein, hereby stipulate to continue the hearing on LION RAISINS' Motion to Compel Documents Responsive to Request for Production of Documents, Set One and Withheld on Privilege Log to December 2, 2005.

Dated: November 15, 2005.              WILKINS, DROLSHAGEN & CZESHINSKI LLP


                                        By:   /s/ Alyson A. Berg
                                              Alyson A. Berg
                                              Attorneys for Plaintiff, LION RAISINS, INC.

///

///

1 | Dated: November 15, 2005.          BARGER & WOLEN, LLP

3          By:    /s/ Spencer Y. Kook
             Spencer Y. Kook
4              Attorneys for Defendant CONNECTICUT
             INDEMNITY COMPANY

6          **ORDER**

8    IT IS SO ORDERED.

9    **Dated:**    **November 15, 2005**          **/s/ Dennis L. Beck**
3b142a                  UNITED STATES MAGISTRATE JUDGE

WILKINS,
DROLSHAGEN &
CZESHINSKI LLP
7050 N. Fresno Street,
Suite 204
Fresno, CA 93720