James H. Wilkins, #116364
Alyson A. Berg, #184795
WILKINS, DROLSHAGEN & CZESHINSKI LLP
7050 N. Fresno Street, Suite 204
Fresno, CA 93720
Telephone: (559) 438-2390
Facsimile: (559) 438-2393

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Plaintiff LION RAISINS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LION RAISINS, INC.<br><br>    Plaintiff(s),<br><br>v.<br><br>CONNECTICUT INDEMNITY COMPANY,<br><br>    Defendant(s). | CASE NO.  1: 03 CV 6744 OWW DLB<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON MOTION TO COMPEL DOCUMENTS RESPONSIVE TO REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE AND WITHHELD ON PRIVILEGE LOG** |

Plaintiff LION RAISINS, INC. ("LION RAISINS") and Defendant CONNECTICUT INDEMNITY COMPANY ("CONNECTICUT INDEMNITY") through their respective counsel of record herein, hereby stipulate to continue the hearing on LION RAISINS' Motion to Compel Documents Responsive to Request for Production of Documents, Set One and Withheld on Privilege Log from December 2, 2005 to December 9, 2005.

Dated: November 28, 2005.              WILKINS, DROLSHAGEN & CZESHINSKI LLP


                                       By:   S/Alyson A. Berg
                                             Alyson A. Berg
                                             Attorneys for Plaintiff, LION RAISINS, INC.

///

///

[Proposed] Stipulation and Order Continuing Hearing on Motion to Compel

1 | Dated: November 28, 2005.                BARGER & WOLEN, LLP

By:   S/ Spencer Y. Kook
    Spencer Y. Kook
    Attorneys for Defendant CONNECTICUT
    INDEMNITY COMPANY

**ORDER**

IT IS SO ORDERED.

**Dated:   November 29, 2005**             **/s/ Dennis L. Beck**
3b142a                                      UNITED STATES MAGISTRATE JUDGE