James H. Wilkins, #116364
Alyson A. Berg, #184795
WILKINS, DROLSHAGEN & CZESHINSKI LLP
7050 N. Fresno Street, Suite 204
Fresno, CA 93720
Telephone: (559) 438-2390
Facsimile: (559) 438-2393

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Plaintiff LION RAISINS, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LION RAISINS, INC.<br><br>Plaintiff(s),<br><br>v.<br><br>CONNECTICUT INDEMNITY COMPANY,<br><br>Defendant(s). | CASE NO.   1: 03 CV 6744 OWW DLB<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON MOTION TO COMPEL DOCUMENTS RESPONSIVE TO REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE AND WITHHELD ON PRIVILEGE LOG** |

Plaintiff LION RAISINS, INC. ("LION RAISINS") and Defendant CONNECTICUT INDEMNITY COMPANY ("CONNECTICUT INDEMNITY") through their respective counsel of record herein, hereby stipulate to continue the hearing on LION RAISINS' Motion to Compel Documents Responsive to Request for Production of Documents, Set One and Withheld on Privilege Log from December 9, 2005 to December 16, 2005.

Dated: December 2, 2005.            WILKINS, DROLSHAGEN & CZESHINSKI LLP


By:   /s/ Alyson A. Berg
       Alyson A. Berg
       Attorneys for Plaintiff, LION RAISINS, INC.

///

///

[Proposed] Stipulation and Order Continuing Hearing on Motion to Compel

1  Dated: December 2, 2005.                    BARGER & WOLEN, LLP

2

3                                               By:   /s/ Katherine Nichols
                                                     Katherine Nichols
4                                                    Attorneys for Defendant CONNECTICUT
                                                     INDEMNITY COMPANY
5

6      IT IS SO ORDERED.

7      **Dated:    December 2, 2005**                **/s/ Dennis L. Beck**
   3b142a                                        UNITED STATES MAGISTRATE JUDGE
8

WILKINS,
DROLSHAGEN &
CZESHINSKI LLP
7050 N. Fresno Street,
Suite 204
Fresno, CA 93720

[Proposed] Stipulation and Order Continuing Hearing on Motion to Compel        2