James H. Wilkins, #116364
Alyson A. Berg, #184795
WILKINS, DROLSHAGEN & CZESHINSKI LLP
7050 N. Fresno Street, Suite 204
Fresno, CA 93720
Telephone: (559) 438-2390
Facsimile: (559) 438-2393

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Plaintiff LION RAISINS, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LION RAISINS, INC.<br><br>Plaintiff(s),<br><br>v.<br><br>CONNECTICUT INDEMNITY COMPANY,<br><br>Defendant(s). | CASE NO.   CIV-F-03-6744 OWW DLB<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON MOTION TO COMPEL DOCUMENTS RESPONSIVE TO REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE AND WITHHELD ON PRIVILEGE LOG** |

Plaintiff LION RAISINS, INC. ("LION RAISINS") and Defendant CONNECTICUT INDEMNITY COMPANY ("CONNECTICUT INDEMNITY") through their respective counsel of record herein, hereby stipulate to continue the hearing on LION RAISINS' Motion to Compel Documents Responsive to Request for Production of Documents, Set One and Withheld on Privilege Log from December 16, 2005 to January 13, 2006..

Dated: December 7, 2005.            WILKINS, DROLSHAGEN & CZESHINSKI LLP


                                      By:   /s/ Alyson A. Berg
                                            Alyson A. Berg
                                            Attorneys for Plaintiff, LION RAISINS, INC.

///

///

Dated: December 7, 2005.                    BARGER & WOLEN, LLP

                                            By:   /s/ Katherine Nichols
                                                  Katherine Nichols
                                                  Attorneys for Defendant CONNECTICUT
                                                  INDEMNITY COMPANY

**ORDER**

IT IS SO ORDERED.

   **Dated:    December 8, 2005**              **/s/ Dennis L. Beck**
3c0hj8                                         UNITED STATES MAGISTRATE JUDGE

WILKINS, DROLSHAGEN & CZESHINSKI LLP
7050 N. Fresno Street, Suite 204
Fresno, CA 93720

[Proposed] Stipulation and Order Continuing Hearing on Motion to Compel           2