Steven H. Weinstein (086724)
Gregory O. Eisenreich (160643)
Spencer Y. Kook (205304)
Katherine L. Nichols (228893)
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Defendant
Connecticut Indemnity Company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LION RAISINS, INC., | CASE NO.: CIV-F-03-6744 OWW (DLB) |
| Plaintiff, | Honorable Oliver W. Wanger |
| vs. | **STIPULATION TO CONTINUE HEARING DATE AND SPECIALLY SET BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS PLAINTIFF LION RAISINS, INC.'S SECOND AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED AND MOTION TO STRIKE PORTIONS OF THE SECOND AMENDED COMPLAINT; ORDER THEREON** |
| THE CONNECTICUT INDEMNITY COMPANY, a subsidiary of ROYAL & SUN ALLIANCE, AND DOES 1 through 10, inclusive, | |
| Defendant. | |
| | Complaint Filed:   Oct. 27, 2003 |

# STIPULATION

WHEREAS, Defendant Connecticut Indemnity Company ("Defendant") filed a Motion to Dismiss Plaintiff Lion Raisins, Inc.'s ("Plaintiff") Second Amended Complaint for Failure to State a Claim Upon Which Relief May be Granted and a Motion to Strike Portions of the Second Amended Complaint (collectively the "Motions"); and

WHEREAS, the hearing date on the Motions is currently set for January 6, 2006 at 9:00 a.m. in this Court; and

WHEREAS, due to the timing of the current hearing date, the parties' opposition and reply briefs are due during the holiday season;

NOW THEREFORE, THE PARTIES HEREBY STIPULATE and agree, through their attorneys of record, that good cause exists for moving the hearing on the Motions from January 6, 2006 to January 30, 2006 **at 10:00 a.m.** The parties hereby further stipulate to the following briefing schedule:

| | |
|---|---|
| **January 12, 2006** | Last day for Plaintiff to file an Opposition to the Motions |
| **January 23, 2006**: | Last day for Defendant to file a Reply in support of the Motions |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-1-

IN WITNESS THEREOF, the Parties have executed this Stipulation on the dates opposite their respective signatures.

Dated: December __, 2005              Respectfully submitted,


                                      By:  <u>Katherine L. Nichols/s/</u>
                                           STEVEN H. WEINSTEIN
                                           GREGORY O. EISENREICH
                                           SPENCER Y. KOOK
                                           KATHERINE L. NICHOLS
                                           Attorneys for Defendant
                                           Connecticut Indemnity Company

Dated: December __, 2005              WILKINS, DROLSHAGEN & CZESHINSKI LLP



                                      By:  <u>Alyson A. Berg/s/</u>
                                           JAMES H. WILKINS
                                           ALYSON A. BERG
                                           Attorneys for Plaintiff Lion Raisins, Inc.

## [PROPOSED] ORDER

**IT IS SO ORDERED.**

                                      /s/ OLIVER W. WANGER

DATED:  __December 9, 2005            _____
                                      HONORABLE OLIVER W. WANGER
                                      United States District Court Judge

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800