James H. Wilkins, #116364
Alyson A. Berg, #184795
WILKINS, DROLSHAGEN & CZESHINSKI LLP
7050 N. Fresno Street, Suite 204
Fresno, CA 93720
Telephone: (559) 438-2390
Facsimile: (559) 438-2393

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Plaintiff LION RAISINS, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LION RAISINS, INC.<br><br>Plaintiff(s),<br><br>v.<br><br>CONNECTICUT INDEMNITY COMPANY,<br><br>Defendant(s). | CASE NO.   CIV-F-03-6744 OWW DLB<br><br>STIPULATION AND ORDER TO CHANGE THE SCHEDULING FOR THE DESIGNATION AND SUPPLEMENTAL DESIGNATION OF EXPERTS |

Plaintiff, LION RAISINS, INC. and Defendant CONNECTICUT INDEMNITY COMPANY hereby stipulate to amend the Scheduling Conference Order to move the date for the expert disclosures from March 13, 2006 to March 24, 2006 and to move the Supplemental Expert Disclosure from April 3, 2006 to April 28, 2006.  The parties also agree that the depositions of any supplementally designated experts can be taken until May 15, 2006.

Dated: March 8, 2006                              WILKINS, DROLSHAGEN & CZESHINSKI LLP


                                                  By:___/s/ Alyson A. Berg_____
                                                      Alyson A. Berg
                                                      Attorneys for Plaintiff LION RAISINS, INC.

Stipulation and Order to Change The Scheduling for Designation
and Supplemental Designation of Experts

Dated: March 8, 2006.                           BARGER & WOLEN LLP


                                                By:   /s/ Spencer Y. Kook
                                                    Spencer Y. Kook
                                                    San-Chuen Lau

                          **ORDER**

   Good cause appearing therefore, it is so ordered.

IT IS SO ORDERED.

**Dated:    March 9, 2006**                     **/s/ Oliver W. Wanger**
emm0d6                                          UNITED STATES DISTRICT JUDGE

WILKINS,
DROLSHAGEN &
CZESHINSKI LLP
7050 N. Fresno Street,
Suite 204
Fresno, CA 93720

Stipulation and Order to Change The Scheduling for Designation    - 2 -
and Supplemental Designation of Experts