UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

LION RAISINS, INC.,          )
                             )
         Plaintiff,          )     1:03-CV-6744 OWW DLB
                             )
     v.                      )
                             )
CONNECTICUT INDEMNITY CO.,   )     ORDER DISMISSING ACTION
                             )     WITH PREJUDICE
                             )
         Defendant           )
_____)

   Pursuant to the stipulation of the parties, this action is dismissed with prejudice.

Dated: May 16, 2006                    /s/ OLIVER W. WANGER
                                   _____
                                   OLIVER W. WANGER
                                   United States District Judge

1